# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00709-DDD-STV

JOSHUA BONDESON, *et al.,*

    Plaintiff,

v.

UNITED LAUNCH ALLIANCE LLC,

    Defendant.

## JOINT MOTION TO STAY CASE PENDING MEDIATION

Plaintiffs Joshua Bondeson, *et al.* and Defendant United Launch Alliance LLC (collectively the "Parties") move this Court to stay proceedings pending the mediation of this case. In support of this motion, the Parties state:

1. This matter was recently transferred from the Northern District of Alabama and is currently schedule for a Scheduling Conference for May 6, 2025 [ECF No. 39].

2. The Parties are engaged in settlement discussions and have agreed to participate in mediation prior to either side incurring additional expense. The Parties have scheduled mediation on July 29-30, 2025, before Magistrate Judge Michael E. Hegarty (Ret.).

3. In an effort to save resources, the Parties request a stay of the case until the conclusion of the mediation. If the case has not been resolved at the conclusion of mediation, the parties propose reporting back to the Court and submit a revised proposed Scheduling Order if needed.

4. The Parties submit that the requested stay serves the interests of justice and judicial economy by giving the Parties time to mediate this case without further litigation expense.

5. Pursuant to D.C.COLO.LCivR 6.1(b), the Parties certify that they have not previously requested a stay of this matter for any reason.

6. Pursuant to D.C.COLO.LCiv.R 6.1(c), the undersigned states that contemporaneous to the filing of this Joint Motion counsel will serve a copy of this Motion on its respective client(s).

For the foregoing reasons, the Parties respectfully request that this Court enter an order staying this case, to enable the Parties to pursue a resolution of this case through mediation.

Respectfully submitted this 28th day of April, 2025.

| ATTORNEYS FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANT: |
|---|---|
| *s/ R. Davis Younts* | *s/ Shannon L. Miller* |
| R. Davis Younts | Shannon L. Miller |
| Caleb N. Byrd | JACKSON LEWIS P.C. |
| R. DAVIS YOUNTS, LLC | 800 Shades Creek Pkwy, Suite 870 |
| P.O. Box 18591 | Birmingham, Alabama 35209 |
| Huntsville, AL 35804 | Shannon.Miller@jacksonlewis.com |
| davis@yountslaw.com | Telephone: (205) 332-3102 |
| caleb@yountslaw.com | |
| | Ryan P. Lessmann |
| Steve C. Thornton | JACKSON LEWIS P.C. |
| P.O. Box 16465 | 950 17th Street, Suite 2600 |
| Jackson, MS 39236 | Denver, Colorado 80202 |
| mail@lawlives.com | Ryan.Lessmann@jacksonlewis.com |
| | Telephone: (303) 892-0404 |
| Walker D. Moller | |
| SIRI & GLIMSTAD LLP | |
| 1005 Congress Avenue | |
| Suite 925-C36 | |
| Austin, TX 78701 | |
| wmoller@sirillp.com | |

4903-9233-0556, v. 1